■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN FINO, Appellant.—Judgment, Supreme Court, Bronx County, rendered on August 8, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Kupferman, Birns, Evans and Sullivan, JJ.

■ MICHAEL J. HUFFE, as Executor of JOSEPH A. IZZO, Deceased, et al., Respondents, v JAMES J. JARCHO et al., as Trustees of the Joint Plumbing Industry Board, et al., Appellants.—Judgment, Supreme Court, New York County, entered on January 30, 1978, unanimously affirmed on the opinion of Nadel, J. Respondents shall recover of appellants $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Kupferman, Birns, Evans and Sullivan, JJ.